AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

LAHENS, Rudy(A47-632-740)

V.

ANDREA QUARANTILLO, NY District Director, of the United States Citizenship & Immigration Services et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11325**

**JUDGE COTE**

TO: (Name and address of Defendant)

Robert S. Mueller
Director, Federal Bureau of Investigations
935 Pennsylvania Avenue, NW
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amanda E. Gray
BRETZ & COVEN, LLP
305 Broadway, Suite 100
New York, NY 10007

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DATE  DEC 17 2007

CLERK  _[signature] Marcos Quintero_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/28/07 |
| NAME OF SERVER (PRINT) Gardy Maisonneuve | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

  Andrea Quarantillo
  District Director
  26 Federal Plaza, 11th Fl
  New York, NY 10278

☐ Returned unexecuted:

☑ Other (specify): FedEx Overnight
Office of the General Counsel, DHS, Washington, DC 20528
Attorney General, 950 Pennsylvania Ave., N.W., Washington, DC 20530
U.S. Attorney's Office, SDNY, 86 Chambers Street, 3rd Fl., NY, NY 10007

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/28/07
  Date

Signature of Server: Gardy Mais———

Address of Server: 305 Broadway, Suite 100, NY, NY 10007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.