UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
LAHENS, Rudy (A47-632-740),

                            Plaintiff,                      Civ. No. 07cv11325

   - against -

ANDREA QUARANTILLO,                         **COMPLAINT**
New York District Director of the United
States Citizenship and Immigration Services,

AND

ROBERT S. MUELLER, III,
Director, Federal Bureau of Investigations,

                            Defendants.
-----------------------------------------------------------------X

### CERTIFICATE OF SERVICE

I, Gardy Maisonneuve, solemnly swear under penalty of perjury:

1.    I am employed in the office of Bretz and Coven, LLP.

2.    On the 28th day of December 2007, I served copies of the within:

### COMPLAINT AND SUMMONS IN A CIVIL ACTION

by **Federal Express Overnight Service** to:

Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Andrea Quarantillo
New York District Director of the U.S.
Citizenship and Immigration Services
26 Federal Plaza, 11th Floor
New York, NY 10278

U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10278

Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

Robert S. Mueller
Director, Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535


Dated:        New York, New York
              December 28, 2007

                                           By: _____
                                                Gardy Maisonneuve