UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
RUDY LAHENS,

                Plaintiff,                         **ECF CASE**

     v.

ANDREA J. QUARANTILLO and ROBERT S.      07 Civ. 11325 (DLC)
MUELLER III

                Defendants.                    NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          January 16, 2008

                                                      Respectfully submitted,

                                                      MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                   By:    /s/_____
                                            DAVID BOBER
                                            Assistant United States Attorney
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Telephone: (212) 637-2718
                                            Facsimile: (212) 637-2786
                                            Email: david.bober@usdoj.gov

TO:    Amanda Ellen Gray
          Bretz & Coven LLP
          305 Broadway
          New York, NY 10007