Cote, J

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
david.bober@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RUDY LAHENS,

          Plaintiff,

    - v. -

ANDREA QUARANTILLO, et al.,

          Defendants.
-------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 11325 (DLC)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       February 19, 2008

BRETZ & COVEN, LLP
Attorneys for Plaintiff

By: _____
AMANDA ELLEN GRAY
305 Broadway
New York, NY 10007
(212) 267-2555

Dated: New York, New York
       February 20, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2718

SO ORDERED:

_____
HON. DENISE L. COTE
United States District Judge

Feby 27, 2008